NEW YORK YELLOW CAB CO. SALES AGENCY, INC., Appellant, v. WEST MANHATTAN GARAGE CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE MORRIS PLAN COMPANY OF NEW YORK, Appellant, v. AARON FREINDLICH and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GOLDIE ALPERT, Respondent, v. FREDERICK WESTPHAL, JR., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BARNET ALPERT, Respondent, v. FREDERICK WESTPHAL, JR., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THOMAS L. JONES, as Administrator, etc., of JEREMIAH JONES, Also Called "JEREMIAH L. JONES" and "JERE L. JONES," Deceased. FRANCIS D. CASEY, One of the Next of Kin of MARY CASEY JONES, Appellant; THOMAS L. JONES, as Administrator, etc., and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents upon the ground that there is no evidence which justifies any presumption that the marriage between the deceased and Mary Casey Jones was ever dissolved; that in the absence of any proof to the contrary, it must be presumed that such marriage existed at the death of Jeremiah L. Jones; and that under the intestate laws his estate upon his death passed to his widow, who concededly survived him.

PARKVIEW HOLDING CORPORATION, Appellant, v. ALCOR REALTY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve a second amended complaint within twenty days after service of order, upon payment of said costs and the costs mentioned in the order appealed from. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM HENRY ROBERTS, Respondent, v. OLGA PETROVA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM PASTERNAK, an Infant, by PAUL PASTERNAK, His Guardian ad Litem, and Another, Respondents, v. PATRICK McGOVERN, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.